IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSHUA LEE HOSKINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 17-cv-1122-RJD ) |
| FRANK EOVALDI, et al., | ) ) |
| Defendants. | ) ) |

**ORDER**

**DALY, Magistrate Judge:**

Plaintiff Joshua Lee Hoskins filed this action pursuant to 42 U.S.C. § 1983 alleging his constitutional rights were violated while he was incarcerated at Menard Correctional Center. After he filed this lawsuit, Plaintiff filed motions seeking preliminary injunctive relief. The undersigned filed a Report and Recommendation on September 27, 2019, recommending Plaintiff's motions for preliminary relief (Docs. 83, 85, 86, 89, and 91) be denied. The deadline for Plaintiff to object to the Report and Recommendation was October 14, 2019. No objection has been filed.

On December 12, 2019, with the Report and Recommendation pending, all parties consented to have a Magistrate Judge conduct all proceedings in this case. The case was referred to the undersigned in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73. Because there were no objections to the Report and Recommendation, a *de novo* review is not required. 28 U.S.C. § 636(b)(1)(C); *see also Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court should review the Report and Recommendation for clear error. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). The undersigned has reviewed the Report and

Recommendation and finds no clear error. Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 120) is **ADOPTED** as the opinion of the Court. Plaintiff's Motion for an Emergency Preliminary Injunction (Doc. 83), Plaintiff's Motion for Preliminary Injunction (Doc. 85), Plaintiff's Second Motion for an Emergency Preliminary Injunction (Doc. 86), Plaintiff's Motion for the Court to Allow Plaintiff to Testify Outside the Presence of IDOC Staff at Preliminary Injunction Hearing (Doc. 89), and Plaintiff's Motion for the Court to Consider Plaintiff's Motion when Hearing the Defendants Responses (Doc. 91) are **DENIED**.

**IT IS SO ORDERED.**

**DATED: December 13, 2019**

*s/ Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**